IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF RONALD SINGLETARY**, et al., | : | |
| *Plaintiff* | : | Case No. 19-cv-190-JMY |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.** | : | |
| | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 10th day of November, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 50), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part as follows for the reasons set forth in this Court's accompanying Memorandum:

1. Defendants' Motion shall be **GRANTED** as to Counts 2, 3, and 4 in Plaintiffs' Complaint, and Counts 2, 3, and 4 shall be dismissed; and

2. Defendants' Motion shall be **DENIED** as to Counts 1, 5, 6, and 7 in Plaintiffs' Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
_____
**Judge John Milton Younge**