WILLIAMS CEDAR
By:  Christopher Markos, Esquire
PA Id. No. 308997
One South Broad Street
Suite 1510
Philadelphia, PA 19107
P: 215-557-0099
F: 215.557.0673
cmarkos@williamscedar.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF RONALD SINGLETARY,** et al., | : : | Civil Action |
| **Plaintiff,** | : : | No: 19-190 |
| v. | : : | |
| **CITY OF PHILADELPHIA,** et al., | : : | |
| **Defendants.** | : : | |

**PLAINTIFF'S UNOPPOSED MOTION TO
APPROVE THE ALLOCATION
<u>OF THE SETTLEMENT TO THE SURVIVAL ACTION</u>**

Plaintiff hereby moves for approval of his proposed allocation of the settlement in the above-captioned matter to the survival action.  In support thereof, Plaintiff relies on the accompanying memorandum of law and declaration.

Respectfully submitted,

                                              WILLIAMS CEDAR

                                              <u>*/s/ CHRISTOPHER MARKOS*</u>
                                              By: Christopher Markos, Esq.

Dated: February 15, 2024                      *Attorney for Plaintiff*