UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ESTATE OF RONALD SINGLETARY,** et al., | : : | Civil Action |
| **Plaintiff,** | : : | No: 19-190 |
| v. | : : | |
| **CITY OF PHILADELPHIA,** et al., | : : : | |
| **Defendants.** | : : | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Plaintiff's Motion to Approve the Allocation of the Settlement to the Survival Action, and Defendant's non-opposition, it is hereby ORDERED that the motion is GRANTED. The Court hereby APPROVES the allocation of 100% of the net proceeds of the settlement, after payment of counsel fees and costs, to the survival action.

FOR THE COURT:

_____, J.