UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ESTATE OF RONALD SINGLETARY, | : | |
| et al., | : | Civil Action |
| | : | |
| **Plaintiff,** | : | No: 19-190 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| et al., | : | |
| | : | |
| **Defendants.** | : | |

### DECLARATION OF AMINAH SINGLETARY

1. I, Aminah Singletary, am a sister of Ronald Singletary, a Plaintiff in the above-captioned matter and the co-adminsitratrix of the Estate of Ronald Singletary.
2. I determined to retain Williams Cedar as counsel in this matter because of their reputation, skill, and commitment to justice.
3. I love and miss my brother Ronald dearly, with whom I maintained a deep and meaningful relationship.
4. Testifying in a trial in this case would cause me grief.
5. I reside in North Carolina, far from the courthouse where this matter is venued.
6. The settlement obviates the uncertainty of a trial and a jury's determinations of both liability and damages and the need to incur any additional expenses.
7. The settlement provides closure to the estate and its heirs.
8. I believe the amount of the settlement is adequate and fair considering the difficulty of proving the Estate's claims without Ronald's testimony and my view that the amount of the settlement justly reflects compensation for the Ronald's pain and suffering before his death.
9. Neither I nor my sister Latiesha, have borne any out-of-pocket hospital, nursing, or medical expenses, or any funeral or estate administration expenses.
10. For the foregoing reasons, the settlement is desirable and in the best interests of the Estate.
11. The foregoing is true and correct to the best of my knowledge, information, and belief.
12. I understand that the statements herein are made subject to penalties of 18 Pa.C.S. §4904 and/or 28 U.S. Code § 1746, relating to unsworn false statements.

_____
Aminah Singletary

Dated: 2/15/2024